UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Roger D. Grissett                                      Docket No. 5:15-MJ-1928-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Roger D. Grissett , who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to 12 months probation under the conditions adopted by the court.

On November 13, 2015, the court was notified that the defendant had signed an admission admitting to the use of marijuana on November 9, 2015. The defendant was verbally reprimanded for his drug use, placed in our Surprise Urinalysis Program, and referred for individual substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release, he has continued to submit positive urinalysis tests for marijuana. Laboratory analysis evaluated the samples and confirmed that the defendant reused marijuana prior to his urinalysis taken on December 1 and 17, 2015. When confronted, the defendant advised he has been in so much pain from his medical issues that he smoked marijuana to help with pain management. The defendant has been referred to group substance abuse counseling in addition to the individual substance abuse counseling he is already attending. Additionally, it is requested that the defendant serve 5 days incarceration for his drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2539<br>Executed On: January 14, 2016 |

Roger D. Grissett
Docket No. 5:15-MJ-1928-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19th__ day of ___January___, 2016 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge