UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1928-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Roger D. Grissett** | ) | |
| | ) | |

On November 04, 2015, Roger D. Grissett appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on June 15, 2016, the court finds as a fact that Roger D. Grissett, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 8 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report on Friday, June 24, 2016, by 12:00 p.m., to the Cumberland County Detention Center in Fayetteville, NC, as directed by the U.S. Marshal. The defendant shall be released on Friday, July 1, 2016.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 15th day of June, 2016.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge